### ANNA CLARK v. MARY MITCHELL, ADM'X.

*Costs on affirmance by equal division.*

Costs may be denied on affirmance, by the equal division of the court, of a judgment in a complicated case.

Error to Calhoun. Submitted Oct. 17. Decided Apr. 25.

APPEAL from the allowance of a claim against an estate. The administratrix brings error. Affirmed.

*Wm. H. Porter* and *F. A. Stace* for appellant.

*Geo. W. Lawton* for appellee.

COOLEY, J. In this case two of the justices present think the judgment should be affirmed and the other does not. The case is complicated and it has been found impossible to reach any conclusion that will settle any controlling principle. Under these circumstances written opinions could not be of service and are withheld.

The judgment will stand affirmed but without costs.

MARSTON, J. concurred.

CAMPBELL, J. I concur in the entrance of the judgment, as a majority are not in favor of reversal.